IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TYLER SHERMAN,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4464

Opinion filed March 3, 2015.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Ethan Andrew Way, Tallahassee, and Arthur Brandt, Stuart, for Appellant.

Pamela Jo Bondi, Attorney General, and Angela R. Hensel, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

We affirm based on State v. Murphy, 124 So. 3d 323 (Fla. 1st DCA 2013),

Elsberry v. State, 130 So. 3d 798 (Fla. 1st DCA 2014), and Cantrell v. State, 132

So. 3d 931 (Fla. 1st DCA 2014), and note that the Florida Supreme Court has

granted review of the conflict between the district courts. <u>See</u> No. SC14–755, 2014 WL 3360176 (Fla. July 1, 2014).

AFFIRMED.

WOLF, BENTON, and MAKAR, JJ., CONCUR.